### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

**Kyle Edward GILLMAN, Respondent.**

**Nos. 396 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 25, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1998, there having been filed with this Court by Kyle Edward Gillman his verified Statement of Resignation dated January 22, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Kyle Edward Gillman be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs,

if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

**Brian Dermot FLAHERTY, Respondent.**

**No. 266 Disciplinary No. 3.**

Supreme Court of Pennsylvania.

March 25, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 20, 1998, it is hereby

ORDERED that Brian Dermot Flaherty be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.